```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 20371
   ANDRE BREWSTER
   SILASTINE BREWSTER                         CHAPTER 13

                                              JUDGE: JACQUELINE P COX

        Debtor
  SSN XXX-XX-9925     SSN XXX-XX-1853

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/05/2008 and was confirmed 10/20/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 01/07/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
ASSET ACCEPTANCE CORP      UNSECURED          1792.72           .00             .00
CINGULAR WIRELESS          UNSECURED        NOT FILED           .00             .00
ECAST SETTLEMENT           UNSECURED          1184.02           .00             .00
CAPITAL ONE                UNSECURED           690.66           .00             .00
CAPITAL ONE                UNSECURED           220.83           .00             .00
WATERMARK PHYSICIANS SER   UNSECURED        NOT FILED           .00             .00
TRIAD FINANCIAL CORP       UNSECURED          8379.45           .00             .00
COMCAST                    UNSECURED        NOT FILED           .00             .00
COMCAST                    UNSECURED        NOT FILED           .00             .00
GE MONEY BANK              UNSECURED           853.32           .00             .00
HSBC                       UNSECURED           188.75           .00             .00
MRS ASSOC INC              UNSECURED        NOT FILED           .00             .00
NCO FINANCIAL SYSTEMS      UNSECURED        NOT FILED           .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED        NOT FILED           .00             .00
LVNV FUNDING               UNSECURED           811.44           .00             .00
RMI/MCSI                   UNSECURED           150.00           .00             .00
TRIAD FINANCIAL CORP       UNSECURED        NOT FILED           .00             .00
CHASE HOME FINANCE LLC     CURRENT MORTG        .00             .00             .00
CHASE HOME FINANCE LLC     MORTGAGE ARRE    33256.83            .00             .00
CITIFINANCIAL AUTO CREDI   UNSECURED          9612.88           .00             .00
AMERICREDIT FINANCIAL SV   SECURED VEHIC    10324.00            .00          200.00
AMERICREDIT FINANCIAL SV   UNSECURED           105.91           .00             .00
CHASE HOME FINANCE         CURRENT MORTG        .00             .00             .00
CHASE HOME FINANCE         MORTGAGE ARRE    11929.12            .00             .00
PIERCE & ASSOCIATES        MORTGAGE NOTI   NOT FILED            .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       3,361.50                       3,240.11
TOM VAUGHN                 TRUSTEE                                            267.84
DEBTOR REFUND              REFUND                                             228.87

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 20371 ANDRE BREWSTER & SILASTINE BREWSTER
```

```
--------------------------------------------------------------------------------
TRUSTEE                                    3,936.82

PRIORITY                                                              .00
SECURED                                                            200.00
UNSECURED                                                             .00
ADMINISTRATIVE                                                   3,240.11
TRUSTEE COMPENSATION                                               267.84
DEBTOR REFUND                                                      228.87
                                         ---------------   ---------------
TOTALS                                     3,936.82              3,936.82
```

  Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
   Dated: 03/17/09                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 08 B 20371 ANDRE BREWSTER & SILASTINE BREWSTER